[No. 24158-1-III. Division Three. December 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS T. LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00371-8, Harold D. Clarke III, J., entered March 31, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24620-5-III. Division Three. December 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD DAVID THOMPSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00935-8, Salvatore F. Cozza, J., entered October 18, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24716-3-III. Division Three. December 21, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL JOE LAWRENCE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01460-2, Linda G. Tompkins, J., entered October 28, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24857-7-III. Division Three. December 21, 2006.]

NEIGHBORS FOR RESPONSIBLE DEVELOPMENT, *Appellant*, v. THE CITY OF YAKIMA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-02689-2, Michael E. Cooper, J., entered December 23, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.